It is ORDERED that the petition for certification is denied.

169 A.3d 973

WILLIAM LEWIS, ROBERT LEWIS, AND LEWIS ENTERPRISES, PLAINTIFFS-RESPONDENTS, v. ROBERT HULL, DEFENDANT-PETITIONER, AND POINT PLEASANT LANDCO, LLC, SINGULARITY HOLDINGS, LLC, AND SURF LAUNDROMAT, LLC, DEFENDANTS.

June 2, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

. A petition for certification of the judgment in A–002537–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.

169 A.3d 974

EVEREST INDEMNITY INSURANCE COMPANY, PLAINTIFF-PETITIONER, v. TIM TIGER ENTERPRISES, LLC, D/B/A TTW MECHANICAL CORP., DEFENDANT, AND TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, AS SUBROGEE OF BOROUGH OF CLIFFSIDE PARK, NOMINAL DEFENDANT-RESPONDENT.

June 2, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–002809–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs; and it is further

ORDERED that the notice of appeal is dismissed.